IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MALCOM PHINNEY                                                              PLAINTIFF

v.                              No. 4:23-cv-1095-DPM

GREENWOD MOTOR LINES, INC., d/b/a
R+L CARRIERS; MATTHEW DAKUS;
and JOHN DOE, Motor Carriers 1-5                                      DEFENDANTS

## ORDER

Unopposed motion, *Doc. 34*, granted for good cause. Proposed new deadlines adopted. An Amended Final Scheduling Order will issue.

The Court notes the parties' joint report of a discovery dispute about Matthew Dakus's cell phone records. While it is a healthy sample, the ninety days of these phone records produced in *Crosby* could lead to the discovery of facts that might be admissible on some of Phinney's claims. The data is at hand. Dakus can provide the records subject to a mutually agreeable Protective Order. Discoverability and admissibility are, of course, different issues. Joint report, *Doc. 33*, addressed.

Phinney's motion to transfer, *Doc. 31*, is denied. There would be some judicial economy in sending this case to Chief Judge Baker. Both motions arise from the same multi-vehicle accident. But, the issues in

this kind of case tend to be particularized to the specific vehicles involved. The focus here is what happened to Phinney downstream. Moreover, random assignment is the rule rather than the exception in this District. This case is a year or so old. No notice of related case was filed at the start. And Chief Judge Baker's case continues, though it is almost done. These are odd circumstances for a transfer. The issue is close, but the potential economies of transfer do not clearly outweigh leaving the assignment as-is.

    So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

3 December 2024