# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MALCOM PHINNEY                                              PLAINTIFF

v.                           No. 4:23-cv-1095-DPM

GREENWOD MOTOR LINES, INC., d/b/a
R+L CARRIERS;  MATTHEW DAKUS;
and JOHN DOE, Motor Carriers 1-5            DEFENDANTS

## ORDER

Phinney's timely motion to amend his complaint, *Doc. 37*, is granted for good cause.  Amended complaint due by 10 January 2025.

The point of the Court's Order about consultation is twofold:  to give the other side time to review and respond to proposed changes in a pleading;  and to give the Court both sides' views at the same time. The parties and counsel must follow the spirit of the applicable Rules and the Court's Scheduling Order, as well as the letter.  Fed. R. Civ. P. 1 and Advisory Committee Notes, 2015 Amendment.

The joint motion for the protective order, *Doc. 38*, is also granted, though the motion was unnecessary.  The Court requests counsel to increase cooperation and decrease squabbling.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

3 January 2025