# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MALCOM PHINNEY**                                                          **PLAINTIFF**

v.                              No. 4:23-cv-1095-DPM

**GREENWOOD MOTOR LINES, INC.,**
**d/b/a R+L Carriers; MATTHEW DAKUS;**
**and JOHN DOE Motor Carriers 1-5**                        **DEFENDANTS**

## ORDER

The Court has received counsel's e-mails. They're attached. The Court prefers to conduct its business on the public docket. Please seek Court action with a filed paper. Except in extraordinary circumstances, the benefits of in-person meetings about discovery disputes outweigh the costs. The Court endorses having the needed meeting in Russellville (to spread the travel burden), perhaps over a meal (to add some fellowship). Hearing request received. It is under advisement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 May 2025

**Sarah Leflar**

**From:** Watts, Peyton C. <Peyton.Watts@KutakRock.com>
**Sent:** Thursday, May 8, 2025 9:46 AM
**To:** AREDdb_dpmchambers
**Cc:** Cung, Niki; Musgraves, Zach A.; Phillip Duncan; Richard Quintus; Rob Pointer; Reid Byrd
**Subject:** Phinney v. Greenwood Motor Lines d/b/a R+L Carriers et al. Case No. 4:23-cv-1095-DPM – Request for Hearing

**CAUTION - EXTERNAL:**

Honorable Judge Marshall,

To follow the Status Conference with Magistrate Judge Ray on March 5, 2025, Defendants served their Motion for Sanctions on counsel for Mr. Phinney on March 20, 2025, and then filed and presented same to the Court on April 15, 2025. A Response was filed on behalf of Mr. Phinney on April 29, and Defendants filed their Reply thereto on May 6. Accordingly, the Motion is fully briefed, and Defendants respectfully request a hearing at the Court's earliest availability. Thank you for your consideration.

Sincerely,
**Peyton C. Watts**
Associate

**Kutak Rock LLP – Fayetteville**
1277 E. Joyce Blvd., Suite 300, Fayetteville, AR 72703-5585
peyton.watts@kutakrock.com
**direct:** 479.695.3855  **main:** 479.973.4200

This E-mail message is confidential, is intended only for the named recipients above and may contain information that is privileged, attorney work product or otherwise protected by applicable law. If you have received this message in error, please notify the sender at 402-346-6000 and delete this E-mail message.
Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# KUTAKROCK

**Kutak Rock LLP**
1277 East Joyce Boulevard, Suite 300, Fayetteville, AR 72703-5585
office 479.973.4200

**Niki Cung**
Niki.cung@kutakrock.com
479.695.1933

May 8, 2025

**VIA EMAIL ONLY**

U.S. District Judge D.P. Marshall Jr.
U.S. District Court – Eastern District of Arkansas
600 West Capitol Avenue, Room B149
Little Rock, AR 72201
dpmchambers@ared.uscourts.gov

      Re:   *Malcolm Phinney v. Greenwood Motor Lines, Inc d/b/a R+L Carriers, et al.*
             *United States District Court for the Eastern District of Arkansas*
             *Case No. 4:23-CV-1095-DPM*

Dear Honorable Judge Marshall,

      Pursuant to this Court's Third Amended Final Scheduling Order (Dkt. 68), the parties are to confer in good faith in person before bringing any dispute to the Court. In light of the current deadline of May 31 for defense expert disclosures, Defendants respectfully request leave of the Court to confer with counsel for Plaintiff via Zoom to discuss a pending dispute regarding a subpoena to a third-party, in lieu of counsel traveling to confer in person. Defendants make this request in an attempt to resolve the dispute in a timelier manner and to preserve limited time and resources of counsel given the impending deadline.

      Thank you for your consideration.

                                        Sincerely,

                                        */s/ Niki Cung*

                                        Niki Cung

NC/ams

cc:     Phillip Duncan
         Rob Pointer
         Richard Quintus
         Reid Byrd

1

4930-8585-8113.1

# MCKISSIC & ASSOCIATES, PLLC
## Attorneys at Law

*Gene E. McKissic*
*Attorney at Law*

*Doris D. King*
*Paralegal/Administrative Assistant*

*Lois H. Palmer*
*Paralegal/Legal Assistant*

May 9, 2025

Peyton C. Watts
Kutak Rock LLP-Fayetteville
1271 E Joyce Blvd., Suite 300
Fayetteville, AR 72703
Peyton.watts@kutakrock.com

      RE:    Phinney et al vs. Greenwood Motor Lines d/b/a R & L Carriers
               Case No. 4:23-CV-1095-DPM

Dear Ms. Watts:

      My clients, Richard Quintus and the Duncan Law Firm have provided me a copy of your e-mail dated May 8, 2025 to the Honorable Judge Price Marshall. I note you did not provide a copy to my attention.

      I represent Richard Quintus and the Duncan Law Firm in the Rule 11 proceeding. In the future, please address any communication regarding the Rule 11 proceeding to my attention.

      Thank you in advance for your cooperation.

MCKISSIC & ASSOCIATES, PLLC

*Gene E. McKissic*

Gene E. McKissic, Esq.
GEM/lhp

CC: Sara Leflar via e-mail
     Richard Quintus via e-mail
     Phillip Duncan via e-mail

116 West Sixth Avenue* Post Office Box 9587*Pine Bluff, Arkansas 71611
Phone (870) 534-6332*Facsimile (870) 534-8481*E-Mail: countrymack@aol.com

Attorneys:
Phillip J. Duncan*
James H. Bartolomei III***
Richard L. Quintus **
Wm. Rob Pointer*
J. Reid Byrd*

*Licensed in AR
**Licensed in AR & FL
*** Licensed in AR, CA, NY, FL, CT, & DC

Case Manager:
Wayne Duncan

809 West Third Street
Little Rock, AR 72201

Phone: 501-228-7600
Toll Free: 877-6-DUNCAN
Fax: 501-228-0415



May 9, 2025

**VIA EMAIL**
E-Mail: *dpmchambers@ared.uscourts.gov*
Honorable D.P. Marshall, Jr.
U.S. District Court – Eastern District of Arkansas
600 West Capitol Avenue, Room B149
Little Rock, AR 72201

      Re:    Malcolm Phinney v. Greenwood Motor Lines, Inc. d/b/a R+L Carriers, *et al*.
             U.S.D.C., Eastern District of Arkansas, Central Division
             Case No. 4:23-cv-1095-DPM

Dear Judge Marshall:

      Plaintiff respectfully writes this correspondence to address the letter dated May 8, 2025, from the Defendants addressed to the Honorable Court. We appreciate the opportunity to meet with and actively communicate with the Defendants with a live, in-person, face-to-face meeting on discovery as provided in the Court's Scheduling Order and Protective Order. As before, we are willing to meet on an agreeable date next week at the Kutak Law Firm office in Little Rock, Arkansas, in Russellville, Arkansas, or other mutually agreed location, to meet and confer on the details of the notice of intent to serve subpoena and request. A face-to-face *in-person* meeting, we believe, will provide a greater ability to communicate and work in good faith to discuss and fully ventilate the issues, compare views, exchange, share, and discuss our respective positions, on the proposed request, on case law and statutes, and to propose solutions on a cooperative, amicable basis, in the face-to-face meeting without court intervention on this discovery matter.

      Thank you for your time and consideration.

                                                  Respectfully submitted,

                                                  /s/ *Richard Quintus*
                                                  Richard Quintus