IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MALCOM PHINNEY**                                                                           **PLAINTIFF**

v.                                      No. 4:23-cv-1095-DPM

**GREENWOOD MOTOR LINES, INC.,**
**d/b/a R+L Carriers; MATTHEW DAKUS;**
**and JOHN DOE Motor Carriers 1-5**                                        **DEFENDANTS**

ORDER

1. Joint motion, *Doc. 86*, granted for good cause. Discovery deadline extended to 19 December 2025. Dispositive and *Daubert* motions, plus the joint status report, due by 6 February 2026. Final extension absent truly extraordinary circumstances.

2. To manage the expected voluminous motion practice, the Court sets the following guidelines. No motion and supporting brief may exceed twenty pages. No response and supporting brief may exceed thirty-five pages. No reply brief may exceed ten pages. Every brief must begin with a concise summary of the argument. Use 14-point or larger font. No substantive footnotes. One omnibus motion in limine and brief per side. All responses are due twenty-eight days after the motion is filed. All replies are due fourteen days after the response. Given the extended briefing schedule allowed, and the trial date, no

-2-

extensions will be granted absent an emergency. The Court will hear argument on the motions at 1:30 p.m. on Tuesday, 14 April 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 September 2025