## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MALCOLM PHINNEY                                                    PLAINTIFF

v.                              No. 4:23-cv-1095-DPM

GREENWOOD MOTOR LINES, INC.,
d/b/a R+L Carriers; MATTHEW DAKUS;
and JOHN DOE Motor Carriers 1-5                          DEFENDANTS

## ORDER

1.    For the reasons stated on the record at the end of the 14 April 2026 hearing, the Court made the following decisions about the pending motions:

- The Dorrity *Daubert* motion, *Doc. 126*, is partly granted and mostly denied.  Dorrity must provide all the data supporting his opinions by 14 May 2026.  He must make himself available for a prompt follow-up deposition thereafter about the newly produced information and related opinions—at Phinney's expense.  If Dorrity doesn't do these things, then he can't testify to any opinion for which he hasn't given Greenwood his supporting data.  Other than that, his testimony is in.

- The Hickman *Daubert* motion, *Doc. 128*, is partly granted and mostly denied.  Hickman must stay within his area of expertise.  He can't testify about his made-up term.

- The McDaniel *Daubert* motion, *Doc. 130*, is denied.

- The motion for partial summary judgment on direct liability, *Doc. 132*, is mostly granted and partly denied. Phinney has an independent policies-and-procedures claim against Greenwood about general measures taken and not taken to prevent distracted driving. Any other direct-liability claim is out.

- The motion for partial summary judgment on punitive damages, *Doc. 135*, is granted as modified. This claim is dismissed without prejudice. The Court reserves the right to revisit this issue at trial after Phinney rests.

- The motion to bifurcate, *Doc. 138*, is denied as moot. The parties agree on a bifurcation plan — if we get there.

2. Other loose ends:

- Any motion about spoliation is due by 5 May 2026. The response is due by May 26th. And any reply is due by June 9th. The page and formatting rules from *Doc. 89* remain in effect. No extensions will be granted absent extraordinary circumstances. The Court requests a clear timeline about what happened when.

- The parties have agreed to a settlement conference. *Doc. 140 at 1*. After ruling on the spoliation motion, the Court intends to refer this case to a United States Magistrate Judge to hold that conference.

- If the case doesn't settle, thirty days before trial Greenwood must produce its financial records, subject to the Protective Order, *Doc. 28*, as a hedge against the possibility of punitive damages coming back in. This production will be "attorney's eyes only" unless

–2–

Phinney requests some modification of this plan by 5 May 2026.

- The parties should follow the court reporters' drill for any requested redactions of the 14 April 2026 hearing transcript.

- The John Doe Motor Carriers are dismissed without prejudice. The time to amend the complaint has passed; and they've not been identified.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

16 April 2026