**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MALCOLM PHINNEY** **PLAINTIFF**

**v.** **No. 4:23-cv-1095-DPM**

**GREENWOOD MOTOR LINES, INC., d/b/a R+L Carriers and MATTHEW DAKUS** **DEFENDANTS**

**ORDER**

Greenwood and Dakus's motion on sealing, *Doc. 175*, is partly granted and mostly denied as specified. The Court appreciates Greenwood's redaction efforts and Phinney's collaboration on these issues.

**1.** For good cause, *Doc. 127-1 at 17, 19, 20 & 24; Doc. 179-1** *at 25, 32, 33:1–33:5, 33:22, 34:8–34:9, 34:13–34:14, 38 n.23, 40, 42, 44, 47, 48:7, 48:14, 49:14, 49:27, 53:16, 53:21, 58:18–19, 58:30, 72, 83(90:7), 116(113 & 114), 118(119:16) 119(125:3), 119(126:6), 121(134), 131(173), 131(174), 132(176), 138(201) & 163; Doc. 179-2 at 59 & 65; Doc. 179-3 at 87, 98(90), 305, 307(119:16), 308(125:3), 308(126:6), 310, 320(173), 320(174), 321(176), 327(201), 352, & 371(21:5)* shall remain redacted as written in *Doc. 186*.

---

* The Clerk replaced *Doc. 129, 131, 133 & 136* with *Doc. 179-1, 179-2, 179-3 & 179-4. Doc. 182.*

2. In *Doc. 186*, the defendants agree that *Doc. 128; Doc. 171; Doc. 172; Doc. 179-2 at 1–48 & 69–81* should not be redacted.

3. The defendants have not made a sufficient showing that *Doc. 127-1 at 15; Doc. 127-2 at 26; Doc. 130 at 1, 2 & 4; Doc. 170; Doc. 179-1 at 3, 5, 8, 9, 13, 26, 27, 30, 33:7–33:21, 33:23–39, 34:11, 34:20, 38:1–38 n.22, 39, 45, 48:23, 49:6–49:7, 53:9, 53:18, 53:28, 57, 58:32, 58:34, 67, 68, 80–82, 83(91), 111–113, 118(119:12–119:13), 118(119:17–119:25), 118(120–122), 119(123), 119(125:8), 119(126:18–126:22), 122, 130, 131(171), 132 (177), 132(178), 133, 134, 138(200), 153, 157, 169 & 241; Doc. 179-3 at 82, 83, 95–97, 98(91), 126, 127, 130, 134, 135, 156, 300–02, 307(119:12–13), 307(119:17–119:25), 307(120–122), 308(123), 308(125:8), 308(126:18–22), 311, 319, 320(171), 321(177), 321 (178), 322, 323, 327(200), 343, 346, 358, 363, 370, 371(21:6–21:20), 371(22) & 373–375* should remain redacted as written in *Doc. 186.*

Except as specified in paragraph one above, Greenwood and Dakus must file the unredacted versions of all their previously redacted *Daubert* and dispositive motion papers. They must do so by 31 August 2026.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

12 August 2026