**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MALCOLM PHINNEY** **PLAINTIFF**

**v.** **No. 4:23-cv-1095-DPM**

**GREENWOOD MOTOR LINES, INC., d/b/a R+L Carriers; and MATTHEW DAKUS** **DEFENDANTS**

# ORDER

The Court regrets the cloudiness it left in the record about potential punitive damages and Greenwood's pretrial disclosure of financial information. Given Greenwood's post-hearing admission of liability (as amended), *Doc. 187 & 203*, and the Court's ruling on reconsideration of punitive damages, *Doc. 199 at 8–9*, no basis remains for those damages. At the end of the pretrial hearing, the Court promised it would reconsider punitives after hearing all the evidence. The Court expected a trial on liability. Greenwood's admission of liability (as amended) eliminated the need for that trial—it will not occur. The changed circumstances prevent the Court from keeping its word. Punitives are out of the case. The Court will not revisit this issue at trial. These are the limited issues left for trial: (1) Whether Greenwood's negligence (through Dakus and independently) proximately caused Phinney's injuries; (2) the extent of those injuries;

and (3) the amount of compensatory damages due him. Greenwood does not have to disclose its financial information to Phinney. And his claim for punitive damages is hereby dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

11 September 2026